FCI Elkton
P.O.Box 10
Lisbon, Ohio 44432

March 13, 2006

The Clerk of Court
United States District Court
Providence, Rhode Island 02903-1720

Re: Woods v. United States of America
Case No. 1:04-CV-00342-T

Dear Clerk:

Please accept this letter in lieu of a more formal motion to compel a ruling in this matter.

On August 11, 2004, Petitioner filed a motion to vacate conviction and sentence pursuant to 28 U.S.C., §2255. The next day, the court ordered the government to respond to the motion. On September 14, 2004, the government submitted their response, and on the same day, the matter was referred to Magistrate Judge Paul Goodale for report and recommendation, and on September 27, 2004, Petitioner submitted a traverse to the government's response. On May 20, 2005, and June 6, 2005, the Petitioner submitted two separate motions to supplement the pending motion. After these two entries, nothing else has taken place on the docket.

It should be noted that it is already 20 months since this motion was filed. It is not clear whether this sort of delay is required for this Court to reach an informed decision, but Petitioner believes in any event, that the Magistrate Court should be apprised of the pendency of this motion. Perhaps it has slipped through the cracks of the court's crowded docket.

Wherefore, Petitioner respectfully prays.

Respectfully Submitted:

Lorenzo Woods, Pro Se
Petitioner

cc: Gerald B. Sullivan, AUSA
United States attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903