REQUEST FOR ADMINISTRATIVE REMEDY
PART B - RESPONSE

Woods, Lorenzo
Reg. No.: 04881-070
Remedy I.D.: 382331-F1
Unit FA

This is in response to your Request for Administrative Remedy receipted July 14, 2005, in which you allege that your Pre-Sentence Investigation Report (PSI) contains inaccurate information which the Bureau of Prisons is using against you.

Investigation into this matter reveals that you are currently serving a 188-month sentence for Conspiracy to Distribute More Than Five Grams of Cocaine Base, Distribution of More Than Five Grams of Cocaine Base, and Distribution of Cocaine Base. You have been assigned a prior violence score of 10-15 years serious based on information contained in your PSI. Specifically, your PSI states that you were arrested and charged with Criminal Possession of a Weapon (two counts) and Menacing on November 21, 1991. You subsequently pled guilty to Attempted Criminal Possession of a Weapon on June 28, 1994. The description of the offense states that, "He was found in possession of a loaded .9 mm cal Taurus pistol and he pointed the pistol at a police officer. According to the Kings County Supreme Court file, the defendant aimed the firearm at the officer during a chase, prior to discarding it in the lot." According to Program Statement 5100.07, Security Designation and Custody Classification Manual, severity of violence is defined according to the offense behavior which resulted in a conviction of finding of guilt.

Due to the fact that you claim the description of this offense is inaccurate, a letter has been forwarded to the United States Probation Office in Rhode Island, informing them that you believe your PSI contains inaccurate information. However, as staff have informed you, in order to have your PSI amended, you must file a motion with the court. Bureau of Prisons' staff, nor the United States Probation Officer, have the authority to make changes to your PSI once it has been approved by the court.

Based on these findings, your Request for Administrative Remedy is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Northeast Region, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106, within 20 calendar days of the date of this response.

T. R. Sniezek, Warden — 7/28/05 Date

Exhibit, B.