UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LORENZO WOODS,
PETITIONER,

v. C.A. No. 04-342T

UNITED STATES OF AMERICA,
RESPONDENT.

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the February 16, 2007 Memorandum and Order of this Court, judgment hereby enters as follows: Petitioner Lorenzo Woods's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 is hereby DENIED.

Enter:

Deputy Clerk

Dated: February 20th, 2007