**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

LORENZO WOODS,

      Petitioner,

      v.                      C.A. No. 04-342T

UNITED STATES OF AMERICA,

      Respondent.

## ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY

      Petitioner's request for a Certificate of Appealability is denied because petitioner has not made a substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED:

Ernest C. Torres
United States District Judge
Date: April 3, 2007